# UNITED STATES DISTRICT COURT

_____Judicial_____ **DISTRICT OF** _____Puerto Rico_____

**UNITED STATES OF AMERICA**

V.

BENJAMIN BERMUDEZ ANDINO          *WARRANT FOR ARREST*

CASE NUMBER:  CR. 99-299-02 (PG)

To:   The United States Marshal
      and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest **BENJAMIN BERMUDEZ ANDINO**
                                                         (Name)
and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information           [ ] Complaint

[ ] Order of Court      [ ] Violation Notice      [ X ] Supervise Release Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ GIMENEZ                    United States District Judge
Name of Issuing Officer                    Title of Issuing Officer

By: _____                    June 15, 2004 at Hato Rey, Puerto Rico
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____           By:  JUAN M. PEREZ GIMENEZ
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
RIO GRANDE, PR

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-18-04 | DANIEL CRUZ | By: [signature] |
| DATE OF ARREST | DUSM PRPTF | |
| 8-25-04 | | |

Received & Filed 04 DEC -3 AM 6:21

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: <u>BENJAMIN BERMUDEZ ANDINO</u>

ALIAS: Not Known

LAST KNOWN RESIDENCE: <u>CALLE DON DIEGO # 27 MONTE BELLO, RIO GRANDE PR 00745</u>

LAST KNOWN EMPLOYMENT: Not Known

PLACE OF BIRTH: carolina pr

DATE OF BIRTH: 06/04/1970

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6' 4"                       WEIGHT: 220

SEX: Male                            RACE:

HAIR: Black                          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

U.S. MARSHAL NO: **19127-069**

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: