IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,

v.s.                                                    CR. NO. 99-299-02(PG)

BENJAMIN BERMUDEZ-ANDINO

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon a petition of BENJAMIN BONILLA, U.S. Probation Officer of this Court, alleging that releasee, Benjamín Bermudez-Andino, has failed to comply with the conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _February 7_ 2005, at _9:00 A.M._, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, Benjamín Bermudez-Andino, and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In Hato Rey, Puerto Rico, this 18th day of January 2005.

_____
JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE